CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 26 2016

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| COREY SMITH, | ) | CASE NO. 7:14CV00168 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| ELY, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that after de novo review of the evidence and a de novo determination of those portions of the report or specified proposed findings or recommendations to which plaintiff has made specific objection, pursuant to 28 U.S.C. § 636(b)(1), plaintiff's objections (ECF No. 132) are **OVERRULED**, and the Report and Recommendation (ECF No. 131) is **ADOPTED**, with additional findings and conclusions as noted; the defendants' oral motions for judgment as a matter of law (see, e.g., ECF No. 125) are **DISMISSED** as moot; and based on the Report and the additional findings and conclusions of the court in response to plaintiff's objections, **JUDGMENT** is entered for Defendants Ely, Fannon, Carico, Combs, Fields, Tate, and Mathena, and this action is stricken from the active docket of the court.

ENTER: This 24th day of January, 2016.

_____
Chief United States District Judge